Daniel M. Glassman, (SBN 179302)
dan.glassman@klgates.com
K&L GATES LLP
1 Park Plaza
12th Floor
Irvine, CA  92614
Telephone: +1 949 253 0900
Facsimile: +1 949 253 0902

Attorneys for Defendant Envirotech Vehicles Inc. et al.

Philip M. Guess, (SBN 168133)
philip.guess@klgates.com
Peter A Talevich
peter.talevich@klgates.com
Ruby Nagamine
ruby.nagamine@klgates.com
K&L GATES LLP
925 Fourth Avenue
Suite 2900
Seattle, Washington  98104-1158
Telephone: +1 206 623 7580
Facsimile: +1 206 623 7022

Attorneys for Defendant Envirotech Vehicles Inc. et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENPOWER MOTOR COMPANY, INC., a Delaware corporation; GREENPOWER MOTOR COMPANY INC., a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PHILLIP OLDRIDGE, an individual; DAVID OLDRIDGE, an individual; SUSAN EMRY, an individual; S&P 500 FINANCIAL AND CORPORATE SERVICES INC., a Kansas corporation; ENVIROTECH ELECTRIC VEHICLES INC., a Cadian corporation; EVT MOTORS INC.; ENVIROTECH DRIVE SYSTEMS INCORPORATED, a Wyoming corporation; ENVIROTECH DRIVE SYSTEMS INCORPORATED, a Canadian corporation; ENVIROTECH VEHICLES, INC. a Delaware corporation; JOHN DOE TRUSTEE #1; and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 5:22-cv-00252-SSS-SHK<br><br>**JOINT STATUS REPORT OF PLAINTIFFS AND DEFENDANTS** |

Plaintiffs Greenpower Motor Company, Inc., a Delaware corporation, and Greenpower Motor Company Inc., a Canadian corporation (collectively "GreenPower"), on the one hand, and defendants Phillip Oldridge, David Oldridge, Susan Emry, S&P 500 Financial Services Inc., Envirotech Electric Vehicles Inc., EVT Motors Inc., Envirotech Drive Systems Incorporated, and Envirotech Vehicles, Inc. (collectively "Defendants"), on the other hand, submit this Joint Status Report pursuant to the court's Order [DKT 60] requiring status reports every six months as to the status of the Canadian action.

### 1. Stay Pending Resolution of the Canadian Action.

In its order of November 14, 2022 granting Defendants' motion to stay this action, this Court directed the parties to file a joint status report regarding the status of the actions pending in the Superior Court of British Columbia entitled *Greenpower v. Oldridge et al*, Action No. S-1914285 and *42 Design Works Inc. v. Greenpower Motor Company Inc.*, No. S-207532 (the "Canadian Actions").

Pursuant to that Status Report [DKT 59] and this court's following Order [DKT 60], the parties were ordered to file updated status reports every six months, with the first such report to be filed on or before August 3, 2023. This Status Report is in compliance with that Order.

### 2. Agreement Not to Reopen Actions in the United States.

The parties to the Canadian Actions further agreed that they will not seek to reopen any action that was filed by or against GreenPower in federal or state proceedings in any state or territory of the United States until the Canadian Action is resolved either by settlement or trial and, if by trial, the time for appeal of any judgment has expired.

### 3. Further Status Report.

The Canadian Actions are still pending. However, counsel of record in this matter have recently engaged in direct discussions regarding a global resolution of all pending matters. These discussions are ongoing. Pursuant to this Court's

Order dated February 6, 2023 [DKT. 60], the parties will file the next status report on or before August 14, 2025.

Dated:  February 14, 2025.

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *David L. Jordan*
David L. Jordan
Edward Romero
Attorneys for Plaintiffs
Greenpower Motor Company Inc. and
Greenpower Motor Company, Inc.

Dated: February 14, 2025.

K&L GATES LLP

By: /s/ *Philip M. Guess*
Philip M. Guess
Daniel M. Glassman
Peter A. Talevich
Ruby Nagamine
Attorneys for Defendants
Phillip Oldridge, David Oldridge, Susan Emry, S & P 500 Financial and Corporate Services Inc., Envirotech Electric Vehicles Inc., Envirotech Drive Systems Incorporated (BC), Envirotech Drive Systems Incorporated (WY), and Envirotech Vehicles, Inc.

## Certificate of Service

I hereby certify that on February 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Philip M. Guess
Philip M. Guess
